UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| v. | : | |
| RICHARD LEVINE, | : | |
| Defendant. | : | AUGUST 2, 2022 |

**MOTION FOR PROTECTIVE ORDER TO FILE COMPLAINT
UNDER FICTITIOUS NAME AND MOTION TO SEAL**

Plaintiff John Doe, by and through the undersigned, respectfully moves, pursuant to Fed. R. Civ. P. 5.2, for a protective order to grant the use of pseudonym in filing his complaint and moves to file the true name complaint under seal, pursuant to Local Rule 5(e).

In support of this motion, Plaintiff relies on the Memorandum of Law filed contemporaneously herewith.

THE PLAINTIFF,

By: ___/s/___
Philip Russell
CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
203-661-4200
efile@greenwichlegal.com

## CERTIFICATION

I hereby certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on August 2, 2022 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

                                                         /s/
                                            Philip Russell