UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | No. 3:22-cv-00981-RNC |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| RICHARD LEVINE, | : | |
| | : | |
| Defendant. | : | MARCH 7, 2023 |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e)(4)(a), Defendant Richard Levine ("Defendant") moves to seal the exhibits attached to his Memorandum of Law in Support of Motion for Judgment on the Pleadings. The Court previously granted Plaintiff John Doe's ("Plaintiff's") request to proceed under a pseudonym. (ECF No. 10.) The exhibits being filed under seal would reveal Plaintiff's identity. While Defendant does not take a position on whether Plaintiff should be permitted to proceed under a pseudonym, he is filing these exhibits under seal in order to comply with the Court's prior order.

RICHARD LEVINE

By: */s/ Richard P. Colbert*
Richard P. Colbert (ct08721)
Day Pitney LLP
195 Church Street, 15th Floor
New Haven, CT 06510
Tel: (203) 977-7375
Fax: (203) 399-5876
rpcolbert@daypitney.com

-and-

Matthew J. Letten (ct31121)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel:  (860) 275-0100
Fax: (860) 275-0343
mletten@daypitney.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                               */s/ Richard P. Colbert*
                                                               Richard P. Colbert (ct08721)